RECEIVED

SEP 2 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PATRICK W. WILLIAMS | CIVIL ACTION NO. 6:13-2144 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL C. COLWART, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** this action be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with 28 U.S.C. §1915A(b)(1), and alternatively, that the defendants' Motion to Dismiss [rec. doc. 3] be **GRANTED** on grounds that Williams has failed to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27 day of September, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE